ATC PARTNERSHIP *v.* TOWN OF WINDHAM ET AL.

The Supreme Court docket number is SC 16858.

*Richard S. Cody,* in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz,* in opposition.

Decided October 23, 2002

ATC PARTNERSHIP *v.* TOWN OF WINDHAM ET AL.

